STATE of Alabama and Coffee County v. W. F. CLARK. (4 Div. 832.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

FOSTER, J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.